FILED

05/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0425

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0425

_____

JAY DONALD WITKOWSKI,

Petitioner and Appellant,

v.                                                          O R D E R

STATE OF MONTANA,

Respondent and Appellee.

_____

Appellant Jay Donald Witkowski was granted an extension of time to file and serve his opening brief on or before May 13, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 20, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Jay Donald Witkowski and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2022